JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5821RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE SENTENCING |
| ERIC DION VICTOR, | ) | |
| Defendant. | ) | |

THIS MATTER having come before the undersigned on the parties' Stipulated Motion to Continue Sentencing, it is hereby

ORDERED that sentencing in this matter is hereby continued from September 18, 2009 to November 6, 2009.

DATED this 24th day of August, 2009

_/s/ Robert J Bryan_
Robert J Bryan
United States District Judge

Presented by:
s/ Thomas W. Hillier, II
Assistant Federal Public Defender
Attorney for Eric Dion Victor

(PROPOSED) ORDER GRANTING STIPULATED
MOTION TO CONTINUE SENTENCING - 1
(*Eric Dion Victor*; CR08-5821RJB)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**