JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5821RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE SENTENCING |
| ERIC DION VICTOR, | ) | |
| Defendant. | ) | |

THIS MATTER having come before the undersigned on the parties' Stipulated Motion to Continue Sentencing, it is hereby

ORDERED that sentencing in this matter is hereby continued from November 6, 2009 to January 29, 2010.

DATED this 20th day of October, 2009.

*[signature: Robert J Bryan]*

Robert J Bryan
United States District Judge

Presented by:

s/ Thomas W. Hillier, II
Assistant Federal Public Defender
Attorney for Eric Dion Victor

(PROPOSED) ORDER GRANTING STIPULATED
MOTION TO CONTINUE SENTENCING - 1
(*Eric Dion Victor*; CR08-5821RJB)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100