UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5821-RJB |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| vs. | ) | SEAL DEFENDANT'S SENTENCING |
| | ) | RECOMMENDATION |
| ERIC DION VICTOR, | ) | |
| Defendant. | ) | |

THIS MATTER having come before the undersigned on the motion of defendant Eric Victor and Federal Public Defender Thomas W. Hillier, II, in that he be permitted to file Defendant's Sentencing Recommendation under seal, it is hereby

ORDERED that the defendant shall be permitted to file Defendant's Sentencing Recommendation under seal. This order is without prejudice to reopening for good cause shown.

DATED this 27th day of January, 2010.

*Robert J Bryan*
Robert J Bryan
United States District Judge

Presented by:
s/ Thomas W. Hillier, II
WSBA No. 5193
Federal Public Defender
1601 Fifth Ave., Suite 700
Seattle, WA 98101
Tom_Hillier@fd.org

(PROPOSED) ORDER GRANTING MOTION
TO FILE DEFENDANT'S SENTENCING RECOMMENDATION
UNDER SEAL - 1
(*Eric Dion Victor*; CR08-5821-RJB)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100